**O. B. MARTINEZ, Appellant, v. Manuela Esparza MARTINEZ, Appellee.**

No. 10488.

Court of Civil Appeals of Texas.

San Antonio.

March 1, 1939.

Chas. T. Haltom, of San Antonio, for appellant.

James Tafolla, Jr., and Jim Perry, both of San Antonio, for appellee.

### PER CURIAM.

Affirmed without written opinion. Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294.

**O. L. PARKER et al., Appellants, v. W. A. (Buck) MILLER, Appellee.**

No. 3404.

Court of Civil Appeals of Texas. Beaumont.

Feb. 23, 1939.

J. E. Whitmore and Ira Butler, both of Fort Worth, for appellants.

E. B. Lewis, of Center, for appellee.

### WALKER, Chief Justice.

Judgment was rendered in county court of Shelby County on the verdict of a jury in favor of appellee against appellants for $215. The facts are fully stated in our opinion in Parker v. Miller, 118 S.W.2d 380, and, on the law there announced, the judgment of the lower court in favor of appellee is reversed and judgment here rendered in favor of appellants that they go hence without day and recover their costs.

Reversed and rendered.

**SOUTHWEST PUMP COMPANY, Plaintiff in Error, v. C. F. WINFIELD, Defendant In Error.**

No. 10476.

Court of Civil Appeals of Texas. San Antonio.

Feb. 15, 1939.

C. Woodrow Laughlin, of Alice, for plaintiff in error.

Wm. H. Hamblen, of Alice, for defendant in error.

### PER CURIAM.

Affirmed without written opinion. See Associated Indemnity Corporation, et al., v. Gatling, Tex.Civ.App., 75 S.W.2d 294.